UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN DONAHOE,

                Petitioner,

v.

WASHINGTON STATE DIRECTOR OF CORRECTIONS,

                Respondent.

No. C13-5513 RJB/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation;

(2)    This 28 U.S.C. § 2254 petition is **DISMISSED without prejudice** for failure to exhaust.

(3)    The Clerk is directed to send copies of this Order to Petitioner and to the Hon. Karen L. Strombom.

**DATED** this 26th day of August, 2013.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1